IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHNNY RAY ROBERTS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 2:13-cv-1819-MHH-JEO |
| ) | |
| CAROLYN BOOTHE, ADMINISTRATOR OF ) | |
| THE ESTATE OF RUSSELL K. ADAMS, ) | |
| SHELBY COUNTY, ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## FINAL ORDER

Pursuant to FED. R. CIV. P. 58 and for the reasons stated in the Memorandum Opinion entered contemporaneously herewith, this action seeking a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**, for want of jurisdiction.

**DONE** and **ORDERED** this 29th day of October, 2013.

_Madeline H. Haikala_
MADELINE HUGHES HAIKALA
U.S. MAGISTRATE JUDGE