FILED
2013 Oct-29  PM 01:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY RAY ROBERTS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:13-cv-1819-MHH-JEO |
| | ) | |
| CAROLYN BOOTHE, ADMINISTRATOR OF | ) | |
| THE ESTATE OF RUSSELL K. ADAMS, | ) | |
| SHELBY COUNTY, ALABAMA, | ) | |
| | ) | |
| Respondents. | ) | |

### FINAL ORDER

Pursuant to FED. R. CIV. P. 58 and for the reasons stated in the Memorandum Opinion entered contemporaneously herewith, this action seeking a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**, for want of jurisdiction.

**DONE** and **ORDERED** this 29th day of October, 2013.

_Madeline H. Haikala_
MADELINE HUGHES HAIKALA
U.S. MAGISTRATE JUDGE